BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | CASE NO.  3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER EXTENDING TIME TO SUBMIT RESPONSIVE AND REPLY BRIEFING** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1.   Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,

2.   Defendant's reply to that motion shall be filed and served no later than **Monday, May 24, 2010**.

[PROPOSED] ORDER EXTENDING TIME                             CASE NO.: 3:08-CV-01184 SI

1

1  IT IS SO ORDERED:                    Honorable Susan Illston
2                                       United States District Court
3
4                                       _____
5
   AGREED TO:
6

7

8  By: /s/ Annette Gifford              By: /s/ John A. Mason
       J. Nelson Thomas (*pro hac vice*)     Steven H. Gurnee
9      Patrick J. Solomon (*pro hac vice*)   Nicholas P. Forestiere
       Annette Gifford (*pro hac vice*)      John A. Mason
10     THOMAS & SOLOMON LLP                  GURNEE & DANIELS LLP
       693 East Avenue                       2240 Douglas Blvd, Suite 150
11     Rochester, NY 14607                   Roseville, CA 95648
       Telephone: 585-272-0540               Telephone: 916-797-3100
12     Facsimile: 585-272-0574               Facsimile: 916-797-3131
13
       Robert M. Bodzin, State Bar No. 201327   Counsel for Defendant
14     BURNHAM BROWN
       P.O. Box 119
15     Oakland, CA 94604
       Telephone: (510) 835-6833
16     Facsimile: (510) 835-6666
17
       Charles H. Saul (*pro hac vice*)
18     MARGOLIS EDELSTEIN
       525 William Penn Place
19     Suite 3300
       Pittsburgh, PA 15219
20     Telephone: 412-281-4256
21     Facsimile: 412-642-2380

22     Counsel for Plaintiffs
23
24
25
26
27
28

[PROPOSED] ORDER EXTENDING TIME               CASE NO.: 3:08-CV-01184 SI
                                    2