1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>              Defendant. | Case No. CV 08-1184-SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR CASE MANAGEMENT CONFERENCE** |

1    AND NOW this ____day of May, 2010, upon consideration of Plaintiffs' Request for Case
2 Management Conference, it is hereby ORDERED that this case is set for a Case Management
3 Conference on __6/4/10_____ at 3:00 p.m.

4

5 Dated: _____      _Susan Illston_____
6                                      Honorable Susan Illston
7                                      United States District Court

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING CASE MANAGEMENT CONFERENCE         Case No. CV 08-1184 SI