```
1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone      (916) 797-3100
   Facsimile      (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC.
7
```

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  WILLIAM HELM, DEBORAH PRISE, <br> 12  HEATHER P. RADY, et al., on behalf of <br>     themselves and all other employees and former <br> 13  employees similarly situated, <br> 14              Plaintiffs, <br> 15       vs. <br> 16  ALDERWOODS GROUP, INC., <br> 17              Defendants. <br> 18  _____ | No.  CV 08-01184 SI <br><br> **[PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE** |

19

20   Pursuant to the Stipulation of counsel and good cause appearing, the September 10, 2010 date for the Case Management Conference in this matter is hereby vacated and the Case Management Conference is continued to Friday, October 1, 2010 at 3:00 p.m. in Department 10 of this Court.

23   **IT IS SO ORDERED.**

25   Dated:_____

                                          _____
                                          Honorable Susan Illston
                                          United States District Court

28  [PROPOSED] ORDER CONTINUING DATE FOR                                          1
    CASE MANAGEMENT CONFERENCE
    Case No.:  CV 08-01184 SI