```
 1  BURNHAM BROWN
    Robert M. Bodzin, State Bar No. 201327
 2  P.O. Box 119
    Oakland, CA 94604
 3  Telephone: (510) 835-6833
    Facsimile:  (510) 835-6666
 4  rbodzin@BurnhamBrown.com

 5  Attorneys for Plaintiffs

 6  [Additional Counsel Appear on Signature Page]

 7
                    UNITED STATES DISTRICT COURT
 8
                    NORTHERN DISTRICT OF CALIFORNIA
 9

10

11  WILLIAM HELM, DEBORAH PRISE,        )   CASE NO.  3:08-CV-01184 SI
    HEATHER P. RADY, et al., on behalf of )
12  themselves and all other employees and former )
    employees similarly situated,       )
13                                      )   [PROPOSED] ORDER CONTINUING
                    Plaintiffs,         )   CASE MANAGEMENT CONFERENCE
14                                      )
    v.                                  )
15                                      )
    ALDERWOODS GROUP, INC.,             )
16                                      )
                    Defendant.          )
17                                      )
                                        )
18                                      )
                                        )
19  _____ )

20      Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21  follows:

22      1.   The date for the further Case Management Conference, previously set for October 1,

23  2010 is continued to **December 16, 2010 at 3:00 p.m.**
```

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
1

Case No.:  3:08-CV-01184 SI

1  **IT IS SO ORDERED:**

2  Dated: _____     _____
3                                Honorable Susan Illston
4                                United States District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                2

Case No.:  3:08-CV-01184 SI