BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>ALDERWOODS GROUP, INC.,<br><br>    Defendant. | **CASE NO.  3:08-CV-01184 SI**<br><br>**[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE MANAGEMENT CONFERENCE** |

  Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

  1. Plaintiffs and Defendant shall attend the Case Management Conference set for **February 18, 2011 at 3:00 p.m** by telephonic appearance.

**[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE MANAGEMENT CONFERENCE**        1

Case No.:  3:08-CV-01184 SI

1    **IT IS SO ORDERED:**

2

3            2/11/11

4                                                    _____
                                                     Honorable Susan Illston
                                                     United States District Court
5

     **AGREED TO:**

6

7    By: /s/ Sarah Cressman                    By: /s/ John A. Mason
         _____           _____
         J. Nelson Thomas (*pro hac vice*)          Steven H. Gurnee
8        Patrick J. Solomon (*pro hac vice*)        David M. Daniels
         Annette Gifford (*pro hac vice*)           John A. Mason
9        Sarah Cressman (*pro hac vice*)            GURNEE & DANIELS LLP
         THOMAS & SOLOMON LLP                       2240 Douglas Blvd, Suite 150
10       693 East Avenue                            Roseville, CA 95648
         Rochester, NY  14607                       Telephone:  916-797-3100
11       Telephone:  585-272-0540                   Facsimile:  916-797-3131
         Facsimile:  585-272-0574
12                                                  Counsel for Defendant
13
         Robert M. Bodzin, State Bar No. 201327
14       BURNHAM BROWN
         P.O. Box 119
15       Oakland, CA 94604
         Telephone: (510) 835-6833
16       Facsimile:  (510) 835-6666
17
         Charles H. Saul (*pro hac vice*)
18       Liberty J. Weyandt (*pro hac vice
         pending*)
19       Kyle T. McGee (*pro hac vice*)
         MARGOLIS EDELSTEIN
20       525 William Penn Place
         Suite 3300
21       Pittsburgh, PA 15219
         Telephone:  412-281-4256
22       Facsimile:  412-642-2380
23
         Counsel for Plaintiffs
24

25

26

27

28
     **[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE
     MANAGEMENT CONFERENCE**                                            2

     Case No.:  3:08-CV-01184 SI