1   BURNHAM BROWN
    Robert M. Bodzin, State Bar No. 201327
2   P.O. Box 119
    Oakland, CA 94604
3   Telephone: (510) 835-6833
    Facsimile:  (510) 835-6666
4   rbodzin@BurnhamBrown.com

5   Attorneys for Plaintiffs

6   [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10

11  WILLIAM HELM, DEBORAH PRISE,          )   **CASE NO.  3:08-CV-01184 SI**
    HEATHER P. RADY, et al., on behalf of  )
12  themselves and all other employees and former )
    employees similarly situated,          )
13                                         )   [PROPOSED] **ORDER CONTINUING**
                      Plaintiffs,          )   **HEARING DATE**
14                                         )
    v.                                     )
15                                         )
    ALDERWOODS GROUP, INC.,                )
16                                         )
                      Defendant.           )
17                                         )
                                           )
18                                         )
    _____   )
19

20      Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21  follows:

22      1.    The motion hearing date for Defendant's Renewed Motion to Sever Misjoined

23  Plaintiffs Pursuant to FRCP 21 shall be continued to **July 15, 2011 at 9:00 a.m.**

24

25

26

27

28

     [PROPOSED] ORDER CONTINUING HEARING DATE                                    1

    Case No.:  3:08-CV-01184 SI

1

**IT IS SO ORDERED:**

2          6/3/11

3                                                        Honorable Susan Illston
                                                         United States District Court
4

5    **AGREED TO:**

6    Dated: June 2, 2011

7

8
     By: /s/ J. Nelson Thomas                    By: /s/ Nicholas P. Foresteiere
9        J. Nelson Thomas (*pro hac vice*)           Steven H. Gurnee
         Patrick J. Solomon (*pro hac vice*)         Nicholas P. Forestiere
10       Annette Gifford (*pro hac vice*)            John A. Mason
         THOMAS & SOLOMON LLP                        GURNEE & DANIELS LLP
11       693 East Avenue                             2240 Douglas Blvd, Suite 150
         Rochester, NY  14607                        Roseville, CA 95648
12       Telephone:  585-272-0540                    Telephone:  916-797-3100
         Facsimile:  585-272-0574                    Facsimile:  916-797-3131
13

14       Robert M. Bodzin, State Bar No. 201327      Counsel for Defendant
         BURNHAM BROWN
15       P.O. Box 119
         Oakland, CA 94604
16       Telephone: (510) 835-6833
         Facsimile:  (510) 835-6666
17

18       Charles H. Saul (*pro hac vice*)
         Liberty J. Weyandt (*pro hac vice*)
19       Kyle T. McGee (*pro hac vice*)
         MARGOLIS EDELSTEIN
20       525 William Penn Place
         Suite 3300
21       Pittsburgh, PA 15219
         Telephone:  412-281-4256
22       Facsimile:  412-642-2380

23

24       Counsel for Plaintiffs

25

26

27

28

     [PROPOSED] ORDER CONTINUING HEARING DATE                           2

     Case No.:  3:08-CV-01184 SI