1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8  WILLIAM HELM, *et al.*                    No. C 08-01184 SI

9          Plaintiffs,                **ORDER RE: MOTION TO SEVER**

10    v.

11  ALDERWOODS GROUP INC., *et al.*

12          Defendants.
                                            /
13

14       Defendants have filed a motion to sever the claims of all of the named plaintiffs in this action,

15  and dismiss the claims of all plaintiffs but William Helm.  A hearing on the motion is scheduled for

16  Friday, July 15, 2011.  The Court's preliminary view is that severance is necessary; that dismissal is not

17  required by *Coughlin v. Rogers*, 130 F.3d 1348 (9th Cir. 1997), or the Federal Rules of Civil Procedure;

18  and that it would be unduly prejudicial to dismiss the severed plaintiffs' claims at this late stage of

19  litigation.  Therefore, parties shall be prepared to answer the following questions at the July 15 hearing:

20       1.    If the Court severs the claims of all plaintiffs, does the Court retain CAFA jurisdiction

21             over some or all of the claims? *See United Steel v. Shell Oil Co.*, 602 F.3d 1087 (9th Cir.

22             2010)?

23       2.    If so, may and should the Court transfer some or all of the claims to other federal district

24             courts pursuant to 28 U.S.C. § 1404? *See Wyndham Associates v. Bintliff*, 398 F.2d 614,

25             618 (2d Cir. 1968).

26       3.    If not, may and should the Court remand some or all of the claims to the Alameda

27             County Superior Court?  May and should the Court transfer some or all of the claims to

28             other federal district courts pursuant to 28 U.S.C. § 1631?

**United States District Court**
For the Northern District of California

The parties shall also be prepared to inform the Court of their preferred resolution, given the Court's preliminary view.

**IT IS SO ORDERED.**

Dated:  July 11, 2011

SUSAN ILLSTON
United States District Judge

2